FILED
CHARLOTTE, NC

APR 2 6 2018

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT 4422 ROADWAY STREET, CHARLOTTE, NORTH CAROLINA, MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT DEED BOOK 28951 PAGE 805-807 IN THE MECKLENBURG COUNTY REGISTER OF DEEDS | CASE NO.: 3:18 mc 64<br><br>ORDER AND LIS PENDENS |
| FILE IN GRANTOR INDEX UNDER: ROBERT HUDSON | |

WHEREAS, the United States of America, by and through Brian K. Nicholson Officer, Charlotte Mecklenburg Police Department has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and/or (a)(2) and 21 U.S.C. § 881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

    United States Attorney
    for the Western District of North Carolina
    Attn: Tiffany Mallory Moore
    227 West Trade Street, Suite 1650
    Charlotte, NC    28202
    (704) 344-6222

This the 26th day of April, 2018.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**